CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES
IN THIS UNITED STATES COURT

Advantage Health Plan, Appellant v. The Plan Committee,
Pillsbury Winthrop Shaw Pittman, LLP, and Patrick Potter
Solely as Plan Agent, Appellees

Civil Action No. __08-166__
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING CASE.

This new case is related to the case in this U.S. Court because it:

[✓] (a) relates to common property

[✓] (b) involves common issues of fact

[ ] (c) grows out of the same event or transaction

[ ] (d) involves the validity or infringement of the same patent

[ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO PENDING CASE.

This new case is related to pending case in this U.S. Court:

Check box if new case is related to closed cases: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASES WERE FILED:

**United States District Court for the District of Columbia**

4. CAPTION AND CASE NUMBER OF RELATED CASES. IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**The Plan Committee et al v. PriceWaterhouseCoopers LLP**        C.A. No **1:02CV01487(TFH)**

January 30, 2008                /s/ Patrick J. Potter              Patrick Potter (426514)
DATE                            Signature of Appellee (or counsel) Jerry Hall (976461)
                                                                   Pillsbury Winthrop Shaw Pittman LLP
                                                                   2300 N Street N.W.
                                                                   Washington, DC 20037
                                                                   (202) 663-8000