UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADVANTAGE HEALTHPLAN, INC. and ELLIOT R. WOLFF, | ) ) ) | |
| | ) | Civil Action No. 08-0166-JCK |
| Appellants, | ) | (Appeal) |
| | ) | |
| v. | ) | Bankruptcy No. 99-1159 |
| | ) | (Chapter 11) |
| PILLSBURY WINTHROP SHAW PITTMAN, LLP) et al., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR
FILING APPELLANT AND APPELLEE BRIEFS UNDER FED. R. BANKR. PRO. 8009**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY:

COMES NOW Advantage Healthplan Inc., and Elliot R. Wolff as Advantage Healthplan, Inc's corporate representative on the Plan Committee ("Appellants"), by and through undersigned counsel, hereby file this Consent Motion for Extension of Time for Filing Appellant and Appellee Briefs Under Fed. R. Bankr. Pro. 8009 ("Consent Motion") and in support thereof respectfully state as follows:

1.     On May 29, 1999, Greater Southeast Community Hospital Corporation, The Greater Southeast Community Hospital Corporation, The Greater Southeast Community Hospital Foundation, Inc., Fort Washington Nursing Home, Inc. and Greater Southeast Management Company (collectively, the "Debtors") filed voluntary petitions under the United States Bankruptcy Code, 11 U.S.C. 101 et seq.

2.      On December 21, 2007, the United States Bankruptcy Court for the District of

Columbia entered the following orders:

>       Order Granting Motion Pursuant to Bankruptcy Rule 9019
>       For Court Approval of Settlement Agreement Among
>       The Plan Committee, Patrick J. Potter, Former Plan Agent,
>       and Pillsbury Winthrop Shaw Pittman LLP (Docket No. 3351).
>
>       Order Striking Objection of Advantage As It Was Not Filed by a Licensed Attorney
>       Authorized to Practice Before the Court.  The Concluding Paragraph (regarding
>       "Movant's Requests for Costs") Stricken Without Prejudice to the Movant's Seeking
>       Such Costs, to the Extent Appropriate, Via a Separate Motion or a Bill of Costs ( Docket
>       No. 3349).

3.      Appellant filed a Notice of Appeal to the above orders on December 31, 2007.

4.      On January 28, 2008, the appeal was entered on the docket and assigned the

above Civil Action number.

5.      Under Fed. R. Bankr. Pro. 8009(a)(1), Appellants have fifteen (15) days after

entry of the appeal on the docket to serve and file an appellant brief.  This would require

Appellants to file a brief by February 12, 2008.

6.      Under Fed. R. Bankr. Pro. 8009(a)(2), Appellee has fifteen (15) days after service

of the Appellant's brief to serve and file an appellee brief.

7.      By this Consent Motion, the parties seek to extend the deadline for filing the

appellant brief.  Appellant seeks to extend the deadline for filing appellant brief by thirty (30)

days from the original deadline, to March 13, 2008.

8.      By this Consent Motion, the parties also seek to extend the deadline for filing the

appellee brief from fifteen (15) days after service of appellant brief to thirty (30) days after

service of appellant brief.

9.      This extension is reasonable due to the lack of transcripts filed pursuant to Fed. R.

Bankr. Pro. 8007(a).  Although the record was transmitted and appeal was docketed pursuant to

Fed. R. Bankr. Pro. 8007(b), the transcripts have yet to be filed although they were timely requested. These transcripts are necessary for effective drafting of both appellant and appellee briefs, and were designated as part of the record.

10.     This extension is also reasonable in light of the recent Order Granting Emergency Renewed Motion of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. for Immediate Withdrawal as Counsel to the Plan Committee from the United States Bankruptcy Court for the District of Columbia, dated January 29, 2008. Although the Plan Committee is in the process of retaining new counsel, this has yet to occur.

11.     Fed. Bankr. R. Pro. 8009(a) provides an exception to the brief deadlines by order of the United States District Court.

WHEREFORE, Appellants respectfully request that this Court enter an order:

a.     extending the deadline for Appellant's brief to March 13, 2008;

b.     extending the deadline for Appellee's brief to thirty (30) days after service of Appellant's brief; and

c.     granting such other and further relief as is just and proper.

Dated: February 5, 2008

Seen and agreed:                                        Respectfully submitted,

 /s/ Patrick Potter                                      /s/ Janet M. Nesse

Patrick Potter, Esq.                                    Janet M. Nesse, Esq.
Jerry Hall, Esq.                                        Lawrence P. Block, Esq.
Pillsbury Winthrop Shaw Pittman, LLP                    Stinson Morrison Hecker LLP
2300 N Street, N.W.                                     1150 18th Street, N.W., Suite 800
Washington, D.C. 20037                                  Washington, D.C. 20036
Attorneys for Pillsbury Winthrop Shaw                   Attorneys for Advantage Healthplan,
Pittman, LLP and Patrick Potter as                      Inc. and Elliot R. Wolff as corporate
former Plan Agent                                       Representative on Plan Committee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was mailed via first class mail, postage prepaid, and/or via ECF, this 5th day of February, 2008, upon the following:


Patrick Potter, Esq.                         Dennis Early, Esq.
Jerry Hall, Esq.                             Office of the United States Trustee
Pillsbury Winthrop Shaw Pittman, LLP         115 South Union Street, Room 210
2300 N Street, N.W.                          Alexandria, VA 22314
Washington, D.C. 20037


                                             /s/ Janet M. Nesse
                                             Janet M. Nesse

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADVANTAGE HEALTHPLAN, INC. and<br>ELLIOT R. WOLFF,<br><br>       Appellants,<br><br>v.<br><br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>et al.,<br><br>       Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08-0166-JCK<br>(Appeal)<br><br>Bankruptcy No. 99-1159<br>(Chapter 11) |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR
FILING APPELLANT AND APPELLEE BRIEFS UNDER FED. R. BANKR. PRO. 8009**

      This matter came before the Court upon the Consent Motion for Extension of Time for

Filing Appellant and Appellee Briefs under Fed. Bankr. R. Pro. 8009 ("Consent Motion") filed

by Advantage Healthplan Inc., and Elliot R. Wolff as Advantage Healthplan, Inc's corporate

representative on the Plan Committee ("Appellants"); the Court finds that notice of said Consent

Motion is adequate as given; the Court has reviewed the record of this matter, and has considered

the opposition, if any, to the relief requested in the Consent Motion; the Court being fully

apprised finds that good cause exists to grant the Consent Motion; it is therefore

      **ORDERED** that the Motion be and the same hereby is **GRANTED IN ITS**

**ENTIRETY;** and it is

      **FURTHER ORDERED** that the deadline to file an appellant brief pursuant to Fed.

Bankr. R. Pro. 8009(a)(1) is extended to March 13, 2008; and it is

**FURTHER ORDERED** that the deadline to file an appellee brief pursuant to Fed.

Bankr. R. Pro. 8009(a)(2) is extended to thirty (30) days from service of Appellant's brief.


Dated: _____          _____
                                   HON. COLLEEN KOLLAR-KOTELLY
                                   UNITED STATES DISTRICT COURT JUDGE
                                   FOR THE DISTRICT OF COLUMBIA


Copies to:

Janet M. Nesse, Esq.
Lawrence P. Block, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C.  20036

Patrick Potter, Esq.
Jerry Hall, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037

Dennis Early, Esq.
Office of the United States Trustee
115 South Union Street, Room 210
Alexandria, VA 22314