UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANTAGE HEALTHPLAN, INC. and ELLIOT R. WOLFF, )<br><br>Appellants, )<br><br>v. )<br><br>PILLSBURY WINTHROP SHAW PITTMAN, LLP) et al., )<br><br>Appellees. ) | Civil Action No. 08-0166-JCK (Appeal)<br><br>Bankruptcy No. 99-1159 (Chapter 11) |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR FILING APPELLANT AND APPELLEE BRIEFS UNDER FED. R. BANKR. PRO. 8009**

This matter came before the Court upon the Consent Motion for Extension of Time for Filing Appellant and Appellee Briefs under Fed. Bankr. R. Pro. 8009 ("Consent Motion") filed by Advantage Healthplan Inc., and Elliot R. Wolff as Advantage Healthplan, Inc's corporate representative on the Plan Committee ("Appellants"); the Court finds that notice of said Consent Motion is adequate as given; the Court has reviewed the record of this matter, ~~and has considered the opposition, if any~~, to the relief requested in the Consent Motion; the Court being fully apprised finds that good cause exists to grant the Consent Motion; it is therefore

**ORDERED** that the Motion be and the same hereby is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the deadline to file an appellant brief pursuant to Fed. Bankr. R. Pro. 8009(a)(1) is extended to March 13, 2008; and it is

DB04/811703.0002/234509.1

**FURTHER ORDERED** that the deadline to file an appellee brief pursuant to Fed. Bankr. R. Pro. 8009(a)(2) is extended to ~~thirty (30) days from service of~~ April 17, 2008 ~~Appellant's~~ brief.

Dated: 2/6/08

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF COLUMBIA

Copies to:

Janet M. Nesse, Esq.
Lawrence P. Block, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036

Patrick Potter, Esq.
Jerry Hall, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037

Dennis Early, Esq.
Office of the United States Trustee
115 South Union Street, Room 210
Alexandria, VA 22314