**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Advantage Healthplan Inc., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| The Plan Committee, | ) | Case No. 08-166 |
| Pillsbury Winthrop Shaw Pittman LLP, | ) | |
| and Patrick J. Potter, Solely in His | ) | |
| Capacity as Former Plan Agent, | ) | |
| | ) | |
| Appellees. | ) | |

**SUPPLEMENT TO PILLSBURY'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY AFFIRMANCE**

This matter is before the Court on the Motion of Appellees, Pillsbury Winthrop Shaw Pittman LLP and Patrick J. Potter, Solely in his Capacity as Former Plan Agent (for convenience, collectively "Pillsbury"), for Summary Affirmance and the Opposition of Advantage thereto.

In its Reply (Docket No. 10), Pillsbury states that the December 14, 2007 notice was sent to Mr. Wolff (at the email address he uses in connection with Advantage's participation on the Plan Committee – i.e., erwolff@ahealthplan.com) on December 14, 2007 at 6:40 p.m. Pillsbury attached a copy of the December 14, 2007 notice as an exhibit. Attached to this Supplement as **Exhibit 1** is the email delivering the December 14, 2007 notice to, among others, Mr. Wolff.

Dated: February 21, 2008               Respectfully Submitted,

                                       /s/ Patrick Potter
                                       Patrick Potter (426514)
                                       Jerry Hall (976461)
                                       Pillsbury Winthrop Shaw Pittman LLP
                                       2300 N Street, NW
                                       Washington, DC 20037
                                       (202) 663-8000
                                       Counsel to Pillsbury

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, a copy of the foregoing was served on the following parties electronically or by regular U.S. Mail service:

Janet M. Nesse, Esq.
Stinson Morrison and Hecker LLP
1150 18th Street, NW
Suite 800
Washington, D.C. 20036

                                       /s/ Patrick Potter
                                       Patrick Potter

## Hall, Jerry L.

| | |
|---|---|
| **From:** | Hall, Jerry L. |
| **Sent:** | Friday, December 14, 2007 6:40 PM |
| **To:** | erwolff@ahealthplan.com; szup@erols.com; Craig Brandon; Morton Faller; Stephen Metz; Michael Lichtenstein; Bleck, Daniel; BKannel@mintz.com; 'tschwarz@williamsmullen.com'; 'rniderno@travelers.com'; Early, Dennis; Nebeker, Caramaria; 'Henry Lloyd' |
| **Cc:** | Potter, Patrick J. |
| **Subject:** | GSE: Notice of Hearing |
| **Attachments:** | December11GSENoticeofHearing.pdf |

All,

    Please see the attached notice of hearing--the hearing is scheduled for December 21, 2007 at 10:30 a.m.

Jerry

### Jerry Hall | Pillsbury Winthrop Shaw Pittman LLP

Tel: 202.663.8086 | Fax: 202.663.8007 | Cell: 703.623.7393
2300 N Street, NW | Washington, DC 20037-1122

Email: jerry.hall@pillsburylaw.com
Bio: www.pillsburylaw.com/jerry.hall
**www.pillsburylaw.com**

December11GSENot
iceofHearing.p...

1