UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVANTAGE HEALTHPLAN, INC. and ELLIOT R. WOLFF, <br><br> Appellants, <br><br> v. <br><br> PILLSBURY WINTHROP SHAW PITTMAN, LLP, *et al.*, <br><br> Appellees. | Civil Action No. 08-0166-CKK <br> (Appeal) <br><br> Bankruptcy No. 99-01159 <br> (Chapter 11) |

### JOINDER OF APPELLEE, THE PLAN COMMITTEE OF THE GREATER SOUTHEAST COMMUNITY HOSPITAL FOUNDATION, *ET AL.*, WITH THE MOTION OF PILLSBURY TO STRIKE ELLIOT WOLFF AS "APPELLANT"

Appellee, The Plan Committee of The Greater Southeast Community Hospital Foundation, *et al.*, by counsel, hereby joins with and adopts the motion [Appeal Dkt. No. 13] of co-appellees, Pillsbury Winthrop Shaw Pittman LLP and Patrick J. Potter, for an order striking the appearance of Elliot Wolff in this proceeding as an appellant.

Date: February 26, 2008

Respectfully submitted,

LEACH TRAVELL BRITT pc

/s/Stephen E. Leach
Stephen E. Leach (Bar No. 925735)

/s/D. Marc Sarata
D. Marc Sarata (Bar No. 489488)
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone: (703) 584-8902
Facsímile: (703) 584-8901
E-mail: sleach@ltblaw.com
E-mail: msarata@ltblaw.com

Counsel to the Plan Committee

# CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2008, I caused a copy of the foregoing Joinder of Appellee, The Plan Committee of the Greater Southeast Community Hospital Foundation, Inc., *et al.*, to be served via the Court's ECF system and/or by first class mail, postage prepaid, and/or e-mail, upon the following:

Janet M. Nesse, Esq.
Lawrence P. Block, Esq.
STINSON MORRISON HECKER LLP
1150 18th Street NW, Suite 800
Washington, D.C. 20036

Patrick J. Potter, Esq.
Jerry Hall, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
2300 N Street NW
Washington, D.C. 20037

Dennis Early, Asst. U.S. Trustee
Office of the U.S. Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314

                                                */s/D. Marc Sarata*
                                                D. Marc Sarata (D.C. Bar No. 489488)