**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Advantage Healthplan Inc., | ) |
| Appellant, | ) |
| vs. | ) |
| The Plan Committee, Pillsbury Winthrop Shaw Pittman LLP, and Patrick J. Potter, Solely in His Capacity as Former Plan Agent, | ) Case No. 08-166 |
| Appellees. | ) |

**LINE REGARDING APPELLEES' JOINT APPENDIX**

Appellees, Pillsbury Winthrop Shaw Pittman LLP and Patrick J. Potter, solely in the capacity as former plan agent, respectfully state that instead of filing the Joint Appendix via ECF, it was submitted to chambers in accordance with prior practice before the United States District Court for the District of Columbia. This was also done, in part, because substantial portions of the Joint Appendix are comprised of materials received by the lower court under seal.

Dated: April 17, 2008                    Respectfully Submitted,

/s/ Patrick Potter
Patrick Potter (426514)
Jerry Hall (976461)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037
(202) 663-8000
Counsel to Pillsbury