## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVANTAGE HEALTHPLAN, INC. and ELLIOT WOLFF, ) ) ) | Civil Action No. 08-0166-CKK (Appeal) |
| Appellants, ) ) |  |
| v. ) ) | Bankruptcy No.. 99-01159 (Chapter 11) |
| PILLSBURY WINTHROP SHAW PITTMAN LLP, et al, ) ) ) |  |
| Appellees. ) ) |  |

## LINE REGARDING HEARING TRANSCRIPT

Advantage Healthplan Inc. ("Advantage") and Elliot R. Wolff as Advantage Healthplan Inc.'s corporate representative on the Plan Committee (collectively, "Appellants"), by and through counsel, Stinson Morrison Hecker LLP, respectfully states that the sealed portion of the hearing transcript that took place on December 14, 2007 in the United States Bankruptcy Court for the District of Columbia, Case No. 99-00159 was submitted to chambers instead of filed via ECF.

Dated April 22, 2008

Respectfully submitted,

/s/ Lawrence P. Block
Janet M. Nesse #358514
Lawrence P. Block # 452190
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel. (202) 785-9100

*Counsel for Advantage Healthplan Inc. and Elliot R. Wolff as Corporate Representative on the Plan Committee*