UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANTAGE HEALTHPLAN INC. et al.,, )<br>)<br>)<br>Appellants,                       )<br>)<br>)<br>v.                                              )<br>)<br>PILLSBURY WINTHROP SHAW   )<br>PITTMAN, LLP et al.,               )<br>)<br>Appellees.                       )<br>_____ ) | Civil Action No. 08-0166-CKK<br>(Appeal)<br><br><br><br>Bankruptcy No. 99-1159<br>(Chapter 11) |

## MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEFS

Advantage Healthplan, Inc., through counsel, Elliot R. Wolff ("Appellants"), through counsel, file their Motion to Extend Deadline to File Reply Briefs and state as follows:

1.      On April 17, 2008 the Appellees filed briefs in this matter. The current deadline for Appellants to reply to those briefs is April 28, 2008.

2.      On April 23, 2008, counsel for Appellants e-mailed counsel for each Appellee requesting an extension of the deadline for the Appellants to file reply briefs from April 28, 2008 to May 8, 2008. Appellants' counsel stated that the associate who has worked on this matter is in Israel for two weeks, and that Appellees' briefs would not be reviewed until her return to Washington. Based on these representations, Appellees' counsel responded by e-mail consenting to the extension subject to review of the submission to this Court.

3.      Counsel for Appellees have seen this motion and indicated their consent to entry of the proposed order submitted herewith.

WHEREFORE, Appellants respectfully request that this Court enter an Order extending the deadline for the Appellants to reply to the Appellees' briefs from April 28, 2008 to May 8, 2008.

Dated: April 23, 2008                               Respectfully submitted,

/s/ Lawrence P Block
Janet M. Nesse  Bar No. 358514
Lawrence P. Block  Bar No. 452190
STINSON MORRISON HECKER LLP
1150 18th St., NW, Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Fax:  (202) 785-9163

*Counsel for Appellants Advantage Healthplan Inc. and Elliot R. Wolff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANTAGE HEALTHPLAN INC. et al., ) | Civil Action No. 08-0166-CKK |
| ) | (Appeal) |
| Appellants, ) | |
| ) | |
| v. ) | Bankruptcy No. 99-1159 |
| ) | (Chapter 11) |
| PILLSBURY WINTHROP SHAW ) | |
| PITTMAN, LLP et al., ) | |
| ) | |
| Appellees. ) | |
| ) | |
| ) | |

**ORDER GRANTING MOTION TO EXTEND
DEADLINE TO FILE REPLY BRIEFS**

This matter came before the Court on Appellants' Motion to Extend Deadline to File Reply Briefs. Based upon the representations made in the Motion, it is this _____ day of April, 2008, hereby:

**ORDERED**, that the deadline for the Appellants to reply to the Appellees' briefs is extended from April 28, 2008 to May 8, 2008.

Judge Colleen Kollar-Kotelly