UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANTAGE HEALTHPLAN INC. and ELLIOT R. WOLFF, ) ) ) | Civil Action No. 08-0166-CKK (Appeal) |
| Appellants, ) ) | |
| v. ) ) | Bankruptcy No. 99-1159 (Chapter 11) |
| PILLSBURY WINTHROP SHAW PITTMAN, LLP et al., ) ) ) ) | |
| Appellees. ) ) | |

## REQUEST FOR ORAL ARGUMENT

Advantage Healthplan, Inc. and Elliot R. Wolff ("Appellants"), through counsel, respectfully state their Request for Oral Argument as follows:

1. As of May 8, 2008, the parties have completed briefing this appeal.

2. Oral argument is proper in this case given the multiplicity of issues raised on appeal, which concern complicated issues of bankruptcy law.

3. None of the three exceptions to the general rule allowing oral argument apply here. *See* Fed. R. App. P. 34(a)(2). The appeal should not be deemed frivolous because legitimate questions of law exist as to each issue raised on appeal. Second, this is not an instance in which the dispositive issues have been decided authoritatively. Third, this is not an instance in which the decisional process would not be aided significantly by oral argument. Although all parties consider their briefs thorough and exhaustive, the extensive briefing by each party may raise questions for the Court that could be answered at oral argument.

4. No party would be unduly prejudiced should this Court grant the parties oral argument as requested by the Appellants.

5. For the foregoing reasons, the Appellants respectfully submit that oral argument is necessary and appropriate in this case.

WHEREFORE, the Appellants respectfully request that the Court grant its Request for Oral Argument, and schedule oral argument for a time convenient to the Court, and grant such other and further relief the Court deems just and proper.

Dated: May 12, 2008                                   Respectfully submitted,


/s/ Lawrence P. Block
Janet M. Nesse  Bar No. 358514
Lawrence P. Block  Bar No. 452190
STINSON MORRISON HECKER LLP
1150 18th St., NW, Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Fax:  (202) 785-9163
*Counsel for Appellants*