**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **ADVANTAGE HEALTHPLAN, INC.** | ) | |
| **and ELLIOT R. WOLFF,** | ) | |
| | ) | |
| **Appellants,** | ) | **Civil Action No. 08-0166-CKK** |
| | ) | **(Appeal)** |
| **v.** | ) | |
| | ) | **Bankruptcy No. 99-01159** |
| **PILLSBURY WINTHROP SHAW** | ) | **(Chapter 11)** |
| **PITTMAN, LLP,** *et al.,* | ) | |
| | ) | |
| **Appellees.** | ) | |
| _____ | ) | |

**RESPONSE OF APPELLEE, THE PLAN COMMITTEE OF THE GREATER
SOUTHEAST COMMUNITY HOSPITAL FOUNDATION, *ET AL.*, TO
APPELLANTS' REQUEST FOR ORAL ARGUMENT**

Appellee, The Plan Committee of The Greater Southeast Community Hospital

Foundation, *et al.* (the "Plan Committee"), by counsel, does not oppose oral argument in this

appeal.  Appellants' brief in reply to the brief of the Plan Committee accuses the Plan Committee

of a series of false or blatantly misleading statements in the Plan Committee brief.  While the

Plan Committee is confident that the court will, upon review of the briefs and the record,

conclude that Appellants' accusations are unfounded and hugely overblown, the Plan Committee

welcomes an opportunity to rebut Appellants' accusations through oral argument.

Date:  May 23, 2008

Respectfully submitted,

LEACH TRAVELL BRITT pc

/s/Stephen E. Leach
Stephen E. Leach (Bar No. 925735)
/s/D. Marc Sarata
D. Marc Sarata (Bar No. 489488)
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone:   (703) 584-8902
Facsímile:   (703) 584-8901
E-mail:      sleach@ltblaw.com
E-mail:      msarata@ltblaw.com

Counsel to the Plan Committee