UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANTAGE HEALTHPLAN, INC.,<br><br>　Appellant,<br><br>　　v.<br><br>PATRICK J. POTTER, *et al.*,<br><br>　Appellees. | Civil Action No. 08–166 (CKK) |

**ORDER**
(July 14, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 14th day of July, 2008, hereby

**ORDERED** that footnote 4 on pages 9-10 of the accompanying Memorandum Opinion shall be FILED UNDER SEAL as it contains a discussion of a sealed Bankruptcy Court proceeding. The remainder of the accompanying Memorandum Opinion shall be filed on the public docket, and the parties are instructed to contact the Court's Deputy Courtroom Clerk for a copy of redacted footnote 4.

**ORDERED** that Pillsbury's [22] Motion to Suspend Briefing is DENIED AS MOOT; it is further

**ORDERED** that Advantage's [33] Motion for Oral Argument is DENIED; it is further

**ORDERED** that Appellees' [5/17] Motions for Summary Affirmance of the Striking Order are GRANTED; it is further

**ORDERED** that Appellees'[13/16] Motions to Strike Elliot Wolff as Appellant are GRANTED; it is further.

**ORDERED** that the Bankruptcy Court's December 20, 2007 Order Striking Advantage's Objection is AFFIRMED; it is further

**ORDERED** that the Bankruptcy Court's December 21, 2007 Order approving the settlement between Pillsbury and the Plan Committee is AFFIRMED; and it is further

**ORDERED** that the instant appeal is DISMISSED in its entirety.

*This is a final, appealable order*.

                                                   /s/
                                               COLLEEN KOLLAR-KOTELLY
                                               United States District Judge