UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVANTAGE HEALTHPLAN, INC. and ELLIOT R. WOLFF,<br><br>   Appellants,<br><br>v.<br><br>PILLSBURY WINTHROP SHAW PITTMAN, LLP et al.,<br><br>   Appellees. | Civil Action No. 08-0166-CKK<br>(Appeal)<br><br>Bankruptcy No. 99-1159<br>(Chapter 11) |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR
<u>THE DISTRICT OF COLUMBIA CIRCUIT</u>**

Appellants, Advantage HealthPlan, Inc. and Elliot R. Wolf, by and through counsel, Stinson Morrison Hecker LLP, appeal to the United States Court of Appeals for the District of Columbia Circuit from the final, appealable Order of the United States District Court for the District of Columbia, entered in this case on July 14, 2008, which dismissed the appeal taken by Appellants from Orders of the United States Bankruptcy Court of the District of Columbia.

Dated: August 12, 2008

Respectfully submitted,

/s/ Janet M. Nesse
Janet M. Nesse #358514
Lawrence P. Block # 452190
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel. (202) 785-9100
Fax: (202) (202) 785-9163

*Counsel for Advantage Healthplan Inc. and Elliot R. Wolff*