# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANTAGE HEALTH PLAN, INC., et. al.,     )<br>    )<br>    )<br>Appellants and Cross-Appellees,   )<br>    )<br>vs.     )<br>    )<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP, et. al.   )<br>    )<br>Appellees and Cross-Appellants.   ) | Civil Action No. 08-0166-CKK |

## NOTICE OF CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), Appellees, Pillsbury Winthrop Shaw Pittman LLP and Patrick J. Potter, solely in the capacity as former plan agent ("**Cross-Appellants**"), cross-appeal to the United States Court of Appeals for the District of Columbia, from the district court's "**Order**" (Dkt. No. 36) and "**Memorandum Opinion**" (Dkt. Nos. 37 and 38) entered on July 14, 2008 (together the "**Decisions**").

The names of all parties to the Decisions appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

1. Appellants and Cross-Appellees:

   Advantage Healthplan, Inc. and Elliot R. Wolff[1]
   Counsel:    Janet M. Nesse
                 Lawrence P. Block
                 Stinson Morrison Hecker LLP
                 1150 18th Street, N.W.
                 Suite 800
                 Washington, D.C. 20036
                 Telephone: 202-785-9100

---

[1] The district court granted Cross-Appellant's prior motion to strike Mr. Wolff as Appellant. See Docket No. 36.

2.      Appellees and Cross-Appellants:

Pillsbury Winthrop Shaw Pittman LLP and Patrick Potter, solely in his
capacity as former Plan Agent

Counsel:      Patrick Potter
              Jerry Hall
              Pillsbury Winthrop Shaw Pittman LLP
              2300 N Street, N.W.
              Washington, D.C. 20036
              Telephone:  202-663-8000

The fee will be delivered to the district court clerk in accordance with Federal

Rule of Appellate Procedure 3(e).

Dated:  August 26, 2008              By:    /s/ Patrick Potter_____
                                            Patrick Potter (D.C. No. 426514)
                                            Jerry Hall (D.C. No. 976461)
                                            Pillsbury Winthrop Shaw Pittman LLP
                                            2300 "N" Street, N.W.
                                            Washington, D.C.  20037
                                            Tel: (202) 663-8000