## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVANTAGE HEALTH PLAN, INC., et. al., ) ) ) ) Appellants and Cross-Appellees, ) ) vs. ) ) PILLSBURY WINTHROP SHAW ) PITTMAN, LLP, et. al. ) ) Appellees and Cross-Appellants. ) | Civil Action No. 08-0166-CKK |

### AMENDED NOTICE OF CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), Appellees, Pillsbury Winthrop Shaw Pittman LLP and Patrick J. Potter, solely in the capacity as former plan agent ("**Cross-Appellants**"), cross-appeal to the United States Court of Appeals for the District of Columbia, from the district court's "**Order**" (Dkt. No. 36) and "**Memorandum Opinion**" (Dkt. Nos. 37 and 38) entered on July 14, 2008 (together the "**Decisions**").

The names of all parties to the Decisions appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

1. Appellants and Cross-Appellees:

   Advantage Healthplan, Inc. and Elliot R. Wolff[1]
   Counsel:   Janet M. Nesse
              Lawrence P. Block
              Stinson Morrison Hecker LLP
              1150 18th Street, N.W.
              Suite 800
              Washington, D.C. 20036
              Telephone:  202-785-9100

---

[1] The district court granted Cross-Appellant's prior motion to strike Mr. Wolff as Appellant. See Docket No. 36.

2. Appellees and Cross-Appellants:

Pillsbury Winthrop Shaw Pittman LLP and Patrick Potter, solely in his capacity as former Plan Agent
Counsel:    Patrick Potter
Jerry Hall
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20036
Telephone: 202-663-8000

3. Interested Party:

Plan Committee
Counsel:    Steven Leach
Leach Travell Britt PC
8270 Greensboro Drive
Suite 1050
McLean, Virginia 22102
Telephone: 703-584-8902

The fee will be delivered to the district court clerk in accordance with Federal Rule of Appellate Procedure 3(e).

Dated: August 28, 2008                By:    /s/ Patrick Potter
                                      Patrick Potter (D.C. No. 426514)
                                      Jerry Hall (D.C. No. 976461)
                                      Pillsbury Winthrop Shaw Pittman LLP
                                      2300 "N" Street, N.W.
                                      Washington, D.C. 20037
                                      Tel: (202) 663-8000